**Early Term**
**(ILSP 11/11)**

UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois

Request for Early Termination of Supervision

Name of Offender:  Nathan G. Stokes                                   Docket No. 0754 4:15CR40039-001

Name of Sentencing Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  December 21, 2015

Original Offense:  Ct. 1: Conspiracy to Manufacture Methamphetamine
                               Ct. 1: Possession of a Listed Chemical Knowing it Would be Used to Manufacture a
                                          Controlled Substance

Original Sentence:  Ct. 1 & 2:  87 months' Bureau of Prisons; followed by 36 months' Supervised Release
                                    (concurrent)

Type of Supervision:  Supervised Release                 Date Supervision Commenced:  October 22, 2021

Assistant U.S. Attorney:  Amanda A. Robertson          Defense Attorney:  Judith A. Kuenneke

---

**PETITIONING THE COURT**

For early discharge of the defendant from Supervised Release pursuant to 18 U.S.C. § 3583(e)(1)

**COMPLIANCE WITH CONDITIONS OF SUPERVISION**

The defendant has complied with all statutory and standard conditions of supervision, including the completion of the mandatory drug testing provision.  Furthermore, the following special conditions of supervision were adhered to and/or addressed:

    Substance Abuse Treatment
    Abstain from Alcohol Use

Months in Community Since Last Difficulty*:  <u>21 months</u>

*For purposes of this petition "difficulty" is defined as (1) any indication of new criminal behavior, (2) any violation of supervision that requires judicial notification, or (3) any significant pattern of noncompliant behavior

**CRIMINAL MONETARY PENALTIES**

The defendant was ordered to pay the following:

| Financial Penalty | Ordered Amount | Current Balance |
|---|---|---|
| Fine: | $600.00 | $0.00 |
| Special Assessment: | $200.00 | $0.00 |

**Offender Name:** Nathan G. Stokes
**Docket Number:** 0754 4:15CR40039-001

## GOVERNMENT'S RESPONSE

Assistant U.S. Attorney George Norwood has no objection to the Court being petitioned to discharge the offender from supervision.

### U.S. Probation Officer Recommendation:

Mr. Stokes' supervision commended on October 22, 2021. He has completed nearly 22 of 36 months of his supervised release. He has maintained employment with Beelman Truck Company as a truck driver since obtaining his CDL in December 2021. Mr. Stokes has provided paystubs each month to verify his employment. He completed a substance abuse assessment at the beginning of his supervision and was not recommended for services. Random drug tests have returned negative for all substances; his most recent test being July 14, 2023. His financial obligation is paid in full. Mr. Stokes' noncompliance during supervision includes two Seat Belt citations and one Failure to Stop at Stop Sign citation. All citations fines are paid in full.

Inasmuch as the defendant has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that the defendant be discharged from supervised release.

Respectfully submitted,

by *Samantha Reeves*

Samantha J. Reeves
U.S. Probation Officer

Date: August 15, 2023

SAM/mkc

☒ Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.
☐ The Issuance of a Summons
☐ Resubmit request for early termination of supervision at a later date
☐ Other Action:

*Staci M. Yandle*

Honorable Staci M. Yandle, U.S. District Judge

August 17, 2023
Date

cc: George Norwood, AUSA